## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| TRUSTEES of the IRON WORKERS' TRI-STATE WELFARE FUND et al. <br> v. <br> C-WAY FABRICATORS, INC. | FILED STAMP: JULY 30, 2008 <br> 08CV4320 <br> JUDGE ASPEN <br> MAG. JUDGE COX <br> J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALL PLAINTIFFS

| |
|---|
| NAME (Type or print) <br> Daniel P. McAnally |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel P. McAnally |
| FIRM <br> WHITFIELD McGANN & KETTERMAN |
| STREET ADDRESS <br> 111 E. WACKER DRIVE, SUITE 2600 |
| CITY/STATE/ZIP <br> CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6205288 | TELEPHONE NUMBER <br> 312-251-9700 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐