### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4320        Assigned/Issued By: J. N.

Judge Name: ASPEN            Designated Magistrate Judge: COX

---

**FEE INFORMATION**

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                            Receipt #: 2979742

Date Payment Rec'd: 7-30-08                 Fiscal Clerk: J. N.

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*
☐ Writ _____            ☐ Other _____
   *(Type of Writ)*                       *(Type of issuance)*

1 Original and 1 copies on 7-30-08 as to DEFENDANT
                        *(Date)*